GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Jason Raya,<br><br>                    Defendant. | No. CR-23-00568-PHX-DWL (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a),<br>and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase<br>of a Firearm)<br>Counts 2 – 21<br><br>18 U.S.C. §§ 981 and 982;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between April 27, 2020, and October 27, 2020, in the District of Arizona, Defendant JASON RAYA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 – 21

On or about the dates listed below, in the District of Arizona, Defendant JASON RAYA knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JASON RAYA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant JASON RAYA resided at an address on Cocopah Street in Buckeye, Arizona, whereas in truth and fact, Defendant JASON RAYA knew that he resided at a different address:

| Count | Date | Location |
|---|---|---|
| 2 | 4/27/2020 | Ammo AZ |
| 3 | 5/11/2020 | Ammo AZ |
| 4 | 5/11/2020 | Cabela's |
| 5 | 5/15/2020 | Easy Money Pawn |
| 6 | 5/15/2020 | AZ TTI, LLC. (Tombstone Tactical) |
| 7 | 5/15/2020 | Rad Return LLC. aka Youngtown Pawn |
| 8 | 08/04/2020 | AZESB, LLC. (MO Money) |
| 9 | 08/05/2020 | AZ TTI, LLC. (Tombstone Tactical) |
| 10 | 08/05/2020 | Ammo AZ |
| 11 | 08/05/2020 | AZESB, LLC. (MO Money) |
| 12 | 09/05/2020 | AZ TTI LLC. (Tombstone Tactical) |
| 13 | 09/06/2020 | AZESB, LLC. (MO Money) |
| 14 | 10/07/2020 | Pawn Zone LLC. aka Aztec Pawn |
| 15 | 10/07/2020 | Ammo AZ |

| 16 | 10/08/2020 | Ammo AZ |
|----|------------|---------|
| 17 | 10/08/2020 | Easy Money Pawn |
| 18 | 10/26/2020 | Ammo AZ |
| 19 | 10/27/2020 | AZ TTI LLC. (Tombstone Tactical) |
| 20 | 10/27/2020 | AZESB, LLC. (MO Money) |
| 21 | 10/27/2020 | Easy Money Pawn |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 21 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 21 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's/s' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

- 3 -

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____/S/_____
FOREPERSON OF THE GRAND JURY
Date:  April 11, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


_____/S/_____
JACQUELINE SCHESNOL
Assistant U.S. Attorney

- 4 -