JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
Cal. Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 23-cr-00568-DWL |
|---|---|
| Plaintiff, | **DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT** |
| vs. | |
| Jason Raya, | |
| Defendant | |

Mr. Raya, through counsel, respectfully offers the following objections to the Sentencing Guideline calculation contained in the draft PSR. (Doc #45).

Mr. Raya objects only to the PSR's conclusion that he should not receive a three level reduction—as anticipated by the plea agreement and the Sentencing Guidelines—for acceptance of responsibility.

I.    Objection 1: Paragraph 22: **Mr. Raya should receive a three-level reduction for acceptance of responsibility**.

Mr. Raya pleaded guilty to this offense. And, pursuant to the plea agreement he signed, the government agreed to recommend a three-level reduction to his offense level, should Mr. Raya accept responsibility for the offense. PSR ¶ 3.

There is no better measure of a defendant's acceptance of responsibility for an offense than the decision to plead guilty promptly. Mr. Raya pleaded guilty

within a year of his arrest. PSR ¶¶ 1-2. And, for the balance of that time, Mr. Raya complied with the conditions of his pretrial release and repeatedly tested negative for illegal substances. *See* PSR ¶ 4.

Nevertheless, the PSR incorrectly asserts that Mr. Raya has "not clearly accepted responsibility for the offense" because he was arrested for a separate offense while on pretrial release. *See* PSR ¶ 22. According to the PSR, the arrest allegedly demonstrates that Mr. Raya has not "had a voluntary termination or withdrawal from criminal conduct." *Id*.

The PSR is incorrect. Mr. Raya was never charged in relation to the incident for which he was arrested. And he was released from local custody almost immediately. The incident, while unfortunate, was not criminal—and it thus should not influence whether Mr. Raya receives the benefit of acceptance of responsibility.

Instead, the usual measures of acceptance—pleading guilty, accepting the factual basis as true, cooperating with authorities in the investigation of the crime—apply here. And, by all those measures, Mr. Raya has clearly accepted responsibility.

Accordingly, a three-level reduction in his offense level—from 18 to 15—is warranted.

Respectfully submitted:  July 24, 2024.

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK T. RUMOLD
Asst. Federal Public Defender